# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Apex Oil Company, Inc. | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. |
| United States of America | ) |
| | ) |
| Defendant(s). | ) |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS
## CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for Apex Oil Company, Inc. hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):

    Apex Oil Company, Inc. is 100% owned by Apex Holding Co., a Missouri corporation with the same principal place of business.

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

    Enjet, LLC; Clark Oil Trading Company; Saja Energy, LLC.

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

    none

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

Signature (Counsel for Plaintiff/Defendant)
Print Name: Deborah A. Weedman
Address: 8235 Forsyth Blvd., Ste 400
City/State/Zip: St. Louis, MO 63105
Phone: (314) 854-8506

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
_____, 20 15 .

Signature